IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PENN NATIONAL INSURANCE,   )
as Subrogee of its         )
Insured, Asphalt Concrete  )
& Demolition & Cutting,    )
and ASPHALT CONCRETE &     )
DEMOLITION & CUTTING,      )
                           )
     Plaintiffs,           )
                           )   CIVIL ACTION NO.
     v.                    )     2:21cv571-MHT
                           )        (WO)
JACQULYN MILLER,           )
                           )
     Defendant.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of this court that plaintiffs' claims against defendant Jacqulyn Miller are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve said defendant in a timely manner.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of March, 2023.

                                       /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**